UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 7 |
| Courtney Nicole Thompkins, | Case Number 26-47819 |
| Debtor. | Hon. Mark A. Randon |

_______________________________/

**ORDER ADJOURNING HEARING AND GRANTING INTERIM RELIEF FOR AUTOMATIC STAY**

This matter is before the Court on Debtor's Emergency Motion for Expedited Hearing and Temporary Relief to Preserve the Status Quo Pending Determination of the Automatic Stay. The Court held a hearing on August 24, 2026. Debtor shall promptly serve the motion on Creditor Casa Dorado Ventures LLC and file a certificate of service with the Court. The hearing is **ADJOURNED** to **August 31, 2026 at 10:00 a.m.. (EST).** All interested parties must call 1-202-503-1666 and use Conference ID 231 911 059#. In the interim, the automatic stay is reinstated and shall apply to property located at 18727 Avon Ave., Detroit MI 48219.

**IT IS ORDERED**.

**Signed on August 24, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**